

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/28/19

August 28, 2019

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Barry Connell</u>, 17 Cr. 116 (RMB)

Dear Judge Berman:

    A control date for the sentencing of the defendant, who pleaded guilty in the above-referenced case pursuant to a cooperation agreement, is set for October 15, 2019. Because the defendant's cooperation is complete, the Government requests that the Court vacate the control date and schedule sentencing for December 5, 2019 at 11:00 a.m. Your Honor's Courtroom Deputy Clerk has advised that the date is amenable to the Court. The Government also requests that the Court direct the Probation Office to commence its presentence investigation in order to prepare a presentence report in advance of sentencing. Counsel for the defendant consents to these requests.

    Respectfully submitted,

    GEOFFREY S. BERMAN
    United States Attorney

By:    /s/ Won S. Shin
    Won S. Shin
    Assistant United States Attorney
    (212) 637-2226

cc:    Jesse M. Siegel, Esq.

> PSR is ordered. Sentence is scheduled for 12/5/19 at 11:00am. Government submission is due 11/19/19. Defense submission is due 11/26/19. 10/15/19 conference is vacated.
>
> SO ORDERED:
> Date: 8/28/19    Richard M. Berman
>                         Richard M. Berman, U.S.D.J.