

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

December 4, 2019

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

      Re:   **United States v. Barry Connell,**
            17 Cr. 116 (RMB)

Dear Judge Berman:

      The Government respectfully submits this letter in response to defendant Barry Connell's objection to the application of the sophisticated-means enhancement pursuant to U.S.S.G. § 2B1.1(b)(10)(C). For the reasons set forth below, the Court should apply the enhancement in calculating Connell's applicable Guidelines range.

      A two-level increase is warranted if "the offense . . . involved sophisticated means and the defendant intentionally engaged in or caused the conduct constituting sophisticated means." U.S.S.G. § 2B1.1(b)(10)(C). Although the Guidelines commentary describes "sophisticated means" in terms of "especially complex or especially intricate offense conduct," it provides a relatively mundane example of locating two parts of a fraudulent operation in different jurisdictions. *Id.* § 2B1.1 cmt. n.9(B). Thus, the Second Circuit has recognized that an offense need "*not* [be] an especially elaborate scheme" to qualify for the sophisticated-means enhancement. *United States v. Jackson*, 346 F.3d 22, 25 (2d Cir. 2003) (emphasis added).

      Here, several factors support applying the sophisticated-means enhancement. First, the offense involved repeated fraudulent conduct over an extended period of time. *See United States v. Fofanah*, 765 F.3d 141, 146 (2d Cir. 2014) ("repetitive" conduct supports a finding of sophistication). Over the course of nearly a year, Connell caused dozens of wire transfers and checks to be issued from the victim family's accounts for his personal benefit: approximately 70 such transactions in all totaling over $5 million. (*See* PSR ¶¶ 15-18; Indictment ¶¶ 4-6; Complaint ¶ 6). Connell also engaged in similar conduct in misappropriating money from his mother's accounts for years. (PSR ¶¶ 19-21).

      Second, the offense was executed through the use of false and forged documents. *See Fofanah*, 765 F.3d at 146 (recognizing that "the creation and use of false documents" is an "indici[um] of the sophistication of an offense") (citing *United States v. Amico*, 416 F.3d 163, 169 (2d Cir. 2005). For each unauthorized wire transfer or internal transfer, Connell caused the

Hon. Richard M. Berman
December 4, 2019
Page 2

submission of an internal Bank form authorizing the transfer in which he falsely stated that a client had approved the transfer at a specified date and time and provided a false reason for the transfer. (*See* PSR ¶ 15; Indictment ¶ 5; Complaint ¶ 6(a)). In addition, Connell's unauthorized use of client checks involved checks that were either (1) blank checks pre-signed by a client for Connell to use in paying the client's bills or (2) in a few instances, checks on which Connell forged the client's signature. (*See* PSR ¶ 16; Indictment ¶ 6; Complaint ¶ 6(b)).

Third, Connell took steps that concealed his scheme. *See* U.S.S.G. § 2B1.1 cmt. n.9(B) (conduct pertaining to "concealment of an offense" is relevant to the sophisticated-means enhancement); *Fofanah*, 765 F.3d at 146 (recognizing that the use of "tactics to conceal offense conduct" is an "indici[um] of the sophistication of an offense"). For example, he caused dozens of unauthorized internal transfers to be made among five accounts of the victim family: approximately 40 transactions totaling over $2 million. (*See* Complaint ¶¶ 9, 12, 14-15). These internal transactions helped to conceal Connell's misappropriation of client funds by minimizing the number of accounts (two) from which Connell made external transfers and by making it less likely that the depletion of any single account would be detected. In addition, Connell created an email account in one client's name, and then changed the Bank's contact email address for that client from the client's real email address to the newly created email address. (*See* Ex. A (Google subscriber information for new email address showing a 908 phone number); Ex. B (AT&T subscriber information showing that Connell was the user of the 908 phone number); Ex. C (Bank document showing change of client contact email address)).

While no single step taken by Connell may have been particularly complex or intricate, his conduct was sophisticated when viewed in its totality. *See Jackson*, 346 F.3d at 25 (holding that "even if each step in the scheme was not elaborate, the total scheme was sophisticated"); *United States v. Lewis*, 93 F.3d 1075, 1083 (2d Cir. 1996) ("Even if each step in the planned tax evasion was simple, when viewed together, the steps comprised a plan more complex than merely filling out a false tax return."). Thus, the Court should apply the sophisticated-means enhancement.

                    Respectfully submitted,

                    GEOFFREY S. BERMAN
                    United States Attorney

By:  /s/
     Won S. Shin / Michael Neff / Kiersten Fletcher
     Assistant United States Attorneys
     (212) 637-2226 / 2107 / 2238

cc:     Jesse M. Siegel, Esq. (by email)

############## * Google Confidential and Proprietary * ##############

GOOGLE SUBSCRIBER INFORMATION
Name: ▓▓▓▓▓▓▓
e-Mail: ▓▓▓▓▓▓▓@gmail.com
Services: Gmail, Google Calendar, Google My Maps, Web & App Activity, YouTube
Created on: 2015/11/20-15:14:29-UTC
Terms of Service IP: 107.107.59.252, on 2015/11/20-15:14:29-UTC
SMS: +19082569570 [US]
Google Account ID: 927039126725
Last Logins: 2016/10/28-19:20:56-UTC, 2016/09/16-16:53:37-UTC, 2016/07/24-17:51:50-UTC

| Time | IP Address | Type |
|---|---|---|
| 2016/10/28-19:20:56-UTC | 107.77.231.230 | Login |
| 2016/09/16-16:53:44-UTC | 184.6.131.157 | Login |
| 2016/09/16-16:53:37-UTC | 184.6.131.157 | Login |
| 2016/07/24-17:52:18-UTC | 107.77.229.211 | Login |
| 2016/07/24-17:52:15-UTC | 107.77.229.211 | Login |
| 2016/07/24-17:52:12-UTC | 107.77.229.211 | Login |
| 2016/07/24-17:51:50-UTC | 107.77.229.211 | Login |

############## * Google Confidential and Proprietary * ##############

2154379
01/03/2017



## SUBSCRIBER INFORMATION

512034228906                          C/T

### Financially Liable Party

**Name:**            CONNELL
**Credit Address:**  ███████████████████

**Customer Since:** 12/22/2008
**Photo ID Type:**                              **Photo ID State:**
**Photo ID Number:**
**DOB:**                                        **SSN:**

**Contact Name:**
**Contact Home Phone:** ███████████   **Contact Work Phone:** (000) 000-0000
**Contact Home Email:** ███████████   **Contact Work Email:**

### Billing Party

**Account Number:** 512034228906
**Name:**           CONNELL
**Billing Address:** ███████████████████

**Account Status:** Active                **Billing Cycle:** 1

### User Information

**MSISDN:** (908) 256-9570                **IMSI:** 310410534078244
**MSISDN Active:** 07/29/2009 - Current

**Name:**         BARRY CONNELL
**User Address:** ███████████████████

**Service Start Date:** 07/29/2009    **Dealer Info:** KEV9M KEV9M KEV9M
**Payment Type:**       Postpaid
**Contact Name:**       BARRY CONNELL
**Contact Home Phone:**                   **Contact Work Phone:**
**Contact Home Email:**                   **Contact Work Email:**

### Status Change History

**Status Change Reason:**                  **Status Change Date:**

jd                      AT&T PROPRIETARY                       Page    1

The information contained here is for use by authorized person only and
                  is not for general distribution.
                                                        CONNELL_0001636

# Morgan Stanley

November 20, 2015



BRANCH OFFICE PHONE: 201-444-1200

ACCOUNT NUMBERS: 

**IMPORTANT NOTICE** | CHANGE OF CONTACT INFORMATION

PLEASE REVIEW AND RETAIN FOR YOUR RECORDS

At Morgan Stanley, we are committed to maintaining the most accurate and up-to-date information for your account. A change of email address and/or telephone number has recently been processed for your account(s). For your protection, Morgan Stanley is sending you this confirmation to verify that you requested the change or changes and that the information is correct.

Please note that any change indicated below will not affect your Morgan Stanley Online access or eDelivery preferences. If you would like to update your email address associated with Morgan Stanley Online, or to update your eDelivery preferences, please visit www.morganstanley.com/online.

**Phone Numbers on Record for** ▇▇▇▇▇▇▇

▇▇▇▇▇▇    ▇▇▇▇▇▇

**Email Address on Record for** ▇▇▇▇▇▇▇

▇▇▇▇▇▇@gmail.com

Please review these details carefully and direct any inquiries to your Financial Advisor or our Client Service Center at 800-317-4420. If you are calling from outside the United States, you may call collect at 801-617-9149. We value you as a client and thank you for the opportunity to serve your investment needs.

1 of 1

FOIA CONFIDENTIAL TREATMENT REQUESTED                              CONNELL_SEC_0002907