```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,           :    17 CR 116 (VM)
                                    :
        -against-                   :
                                    :    ORDER
BARRY CONNELL,                      :
                                    :
              Defendant.            :
-----------------------------------X
```

**VICTOR MARRERO, U.S.D.J.:**

It is hereby ordered that the sentencing of the above-named defendant, currently scheduled for Friday, January 24, 2020, at 3:15 p.m., be held before Judge Marrero on Friday, January 24, 2020 at 1:30 p.m.

**SO ORDERED:**

Dated:   New York, New York
         10 January 2020

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/13/20