UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
UNITED STATES OF AMERICA,                :     17 CR 116 (VM)
                                         :
        -against-                        :
                                         :     ORDER
BARRY CONNELL,                           :
                                         :
                        Defendant.       :
-----------------------------------X

**VICTOR MARRERO, U.S.D.J.:**

The Court previously scheduled a sentencing in the above-referenced matter for January 24, 2020 at 1:30 p.m. Due to a scheduling conflict, the Court advised the parties that it would reschedule the sentencing. The parties have advised the Court that they are available on January 31, 2020 at 10:00 a.m.

Accordingly, it is hereby ordered that the sentencing be held before Judge Marrero on Friday, January 31, 2020 at 10:00 a.m.

**SO ORDERED:**

Dated:   New York, New York
         27 January 2020

_____
Victor Marrero
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/29/20