

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: April 29, 2020

**U.S. Dep**

*United St*

*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 28, 2020

**BY ECF and EMAIL**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re:    **United States** v. **Barry Connell,** 17 Cr. 116 (VM)

Dear Judge Marrero:

The Government writes with respect to the restitution deadline in the above-referenced case. At the defendant's sentencing, the Court made clear that it would order restitution, and directed the Government to submit a proposed restitution order by April 30, 2020. (*See* Dkt. 66 at 7-8). The Government and defense counsel are attempting to work toward a consent restitution order but have been delayed due to the COVID-19 pandemic. The Government accordingly requests an extension of the restitution deadline until June 1, 2020. *See Dolan v. United States*, 560 U.S. 605, 608 (2010) (court "retains the power to order restitution" after the 90-day deadline set forth in 18 U.S.C. § 3664(d)(5)); *United States v. Gushlak*, 728 F.3d 184, 191 (2d Cir. 2013) (same); *United States v. Pickett*, 612 F.3d 147, 149 (2d Cir. 2010) (same). Defense counsel consents to this request.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:    _/s/ Won S. Shin_____
       Won S. Shin
       Assistant United States Attorney
       (212) 637-2226

cc:    Jesse M. Siegel, Esq.

The request for extension is granted.

SO ORDERED.

April 29, 2020

DATE                    VICTOR MARRERO, U.S.D.J.