USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: September 14, 2020

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

September 11, 2020

**BY ECF and EMAIL**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

   Re: **United States** v. **Barry Connell**, 17 Cr. 116 (VM)

Dear Judge Marrero:

  The Government respectfully submits this letter to advise the Court of the status of Lisa Connell's third-party claim related to the forfeiture of certain specific property. The Government has engaged in discussions with Ms. Connell regarding a potential resolution of her claim and has sought supporting documentation from Ms. Connell in an effort to evaluate her claim, but does not yet have all the required documentation. Ms. Connell advises the Government that she is still working to obtain certain documentation and will provide it to the Government in the coming weeks. Accordingly, the Government respectfully requests a period of 60 days to further engage with Ms. Connell in an effort to resolve her claim.

               Respectfully submitted,

               AUDREY STRAUSS
               Acting United States Attorney

         By: /s/_____
            Kiersten A. Fletcher
            Assistant United States Attorney
            (212) 637-2238

cc: Lisa Connell (by Email)

---

The request for extension is granted.

SO ORDERED.

September 14, 2020
DATE

/s/ VICTOR MARRERO, U.S.D.J.