

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 10, 2020

**BY ECF and EMAIL**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    <u>United States</u> v. <u>Barry Connell</u>, 17 Cr. 116 (VM)

Dear Judge Marrero:

    The Government respectfully submits this order to advise the Court of the status of Lisa Connell's third-party claim related to the forfeiture of certain specific property. The Government has engaged in discussions with Ms. Connell regarding a potential resolution of her claim and has reviewed supporting documentation. The Government is now prepared to propose a resolution to the claim, but has not yet had an opportunity to prepare the requisite documentation. Accordingly, the Government respectfully requests a period of 60 days to resolve the claim.

                              Respectfully submitted,

                              AUDREY STRAUSS
                              Acting United States Attorney

                    By:    /s/
                              Kiersten A. Fletcher
                              Assistant United States Attorney
                              (212) 637-2238

cc:    Lisa Connell (by Email)