

U.S. Department of Justice

United States Attorney
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: November 12, 2020
```

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

November 10, 2020

**BY ECF and EMAIL**
The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:    **United States** v. **Barry Connell**, 17 Cr. 116 (VM)

Dear Judge Marrero:

    The Government respectfully submits this order to advise the Court of the status of Lisa Connell's third-party claim related to the forfeiture of certain specific property. The Government has engaged in discussions with Ms. Connell regarding a potential resolution of her claim and has reviewed supporting documentation. The Government is now prepared to propose a resolution to the claim, but has not yet had an opportunity to prepare the requisite documentation. Accordingly, the Government respectfully requests a period of 60 days to resolve the claim.

                            Respectfully submitted,

                            AUDREY STRAUSS
                          Acting United States Attorney

                By:   /s/
                     Kiersten A. Fletcher
                     Assistant United States Attorney
                     (212) 637-2238

cc:    Lisa Connell (by Email)

Request **GRANTED.**
The request for a 60-day extension is hereby granted.

**SO ORDERED.**
November 12, 2020
DATE                  VICTOR MARRERO, U.S.D.J.