```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                     :
   UNITED STATES OF AMERICA          :
                                     :      FINAL ORDER OF
            -v.-                     :      FORFEITURE
                                     :
   BARRY CONNELL,                    :      17 Cr. 116 (VM)
                                     :
                                     :
            Defendant.               :
                                     :
                                     :
------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: August 19, 2021

WHEREAS, on or about January 31, 2020, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture") (D.E. 65), which ordered the forfeiture to the United States of all right, title and interest of BARRY CONNELL (the "Defendant") in the following property, among other property:

    a. 3 Pieces of hand painted pottery
    b. 1 Seth Thomas mantle clock, glass case
    c. 1 Oak base to antique wall phone
    d. 1 Black iron railroad lamp
    e. 1 Baccarat collectible liquor bottle
    f. 1 Pair Valentine 6"; size 36; white patent leather lilac trim with studs
    g. 1 Pair Givenchy spector style heels with, metal heel; size 36
    h. 1 Pair Christian Dior zipper back 6 inch heel, size 36
    i. 1 Pair Valentino, grey with lilac trim and studs; size 36
    j. 1 Pair Nude patent leather Christian Louboutin; size 36
    k. 1 Pair Stuart Weitzman faux gator pattern slip on shoes, size medium
    l. 1 Pair Christian Dior patient leather Navy boots size 36
    m. 1 Pair Givenchy men's black leather buckle boots, size 44; new condition
    n. 1 Valentino cross body bag, mustard color, gold hardware accents red dust cover
    o. 1 Givenchy black leather belt with silver trim, white dust bag

- p. 2 pairs men's dress shoes
- q. 3 pairs men's dress shoes
- r. 1 Givenchy after 5 black velvet handbag with accents
- s. 1 Pair Christian Dior brown leather gloves
- t. 1 Christian Dior sunglasses with red trim case and tag
- u. 1 Christian Dior wrap with blue pattern, silver hardware and jewel accents
- v. 3 Men's designer ties; 2) Givenchy and 1 Dior
- w. 1 Dior black leather jacket with double zippers
- x. 1 Givenchy black mink zip up jacket with leather trim, size 36
- y. 1 Dior women's white jacket with dust bag
- z. 1 Givenchy ladies black sequin tuxedo jacket with satin trim includes dust jacket
- aa. 1 Chanel black jacket with nepal collar, button down, size 36
- bb. 1 Givenchy women's "Coat Dress"
- cc. 1 Barbara Bui white wool women's blazer
- dd. 1 Christian Dior women's mauve dress with sequin accents, size 2
- ee. 1 Givenchy men's black pinstripe suit, with pants and coat
- ff. 1 Givenchy black wool men's suit, with coat and pants
- gg. 1 Dior black ladies skirt, size 2
- hh. 2 Givenchy men's suit coats; 1-Black; 1-Navy
- ii. 1 Givenchy black evening dress size 36
- jj. 1 Givenchy black leather skirt, size 38
- kk. 1 Givenchy black slip dress with reptilian pattern
- ll. 1 Givenchy white vest blouse, size 36
- mm. 6 Pieces of assorted women's designer clothing; Givenchy, Louis Vuitton, Burberry, Barbara Bui
- nn. 1 Givenchy black jumpsuit, size 36
- oo. 1 Givenchy black sweater with silver tone chain hardware, size XS
- pp. 1 Alexander McQueen cream color dress size 40
- qq. 1 Christian Dior cream color "coat dress" minor soiling size 4
- rr. 3-Pairs women's jeans (2 mauve)
- ss. 8 Assorted style and color Men's Givenchy dress shirts
- tt. 4 Givenchy men's calf leather accessories carriers
- uu. 1 Pair Givenchy black leather boots with heels, open toes size 36
- vv. 1 pair women's linen pants
- ww. 1 pair of Louboutin
- xx. 1 White Chanel purse with dust bag
- yy. 1 Mustard Chanel purse with dust bag
- zz. 1 pair of Brum Magli shoes
- aaa. 1 pair of diamond earrings with an appraisal document from Jewel Trendz
- bbb. 1(14kt) white gold ladies diamond ear studs, martini set
- ccc. 1 10 Karat white gold chain necklace
- ddd. 1 set Dune Jewelry men's cufflinks with presentation box

| | |
|---|---|
| eee. | 10 bottles of Wine 2012 Taylor Family Vineyard Cabernet Sauvignon Reserve Napa Valley |
| fff. | 17 bottles of Wine 2012 Taylor Family Vineyard Camulus Napa Valley Cabernet Sauvignon 750ml |
| ggg. | 6 bottles of Wine 2013 Taylor Family Vineyard Cabernet Sauvignon Atlas Peak Napa Valley |
| hhh. | 5 bottles of Wine 2012 Empreinte Cabernet Sauvignon Napa Valley St. Helena Martinez Vineyard 750ml. |
| iii. | 6 bottles of Wine 2012 Nicholson Jones Cabernet Sauvignon Napa Valley Sugarloaf Mountain Vineyard. |
| jjj. | 24 bottles of Wine 2014 B Cellars Sangiovese Napa Valley Bottled April 8, 2016 |
| kkk. | 134 bottles Unfiltered |
| lll. | 2 bottles of Wine 2004 Renteria Napa Valley Cabernet Sauvignon Stags Leap District 1.5L Magnum |
| mmm. | 3 bottles of Wine 2014 Taylor Family Vineyard Hillside Chardonnay Oak Knoll District Napa Valley |
| nnn. | 8 bottles of Wine 2012 Promise Cabernet Sauvignon Rutherford Napa Valley 750ml |
| ooo. | 3 bottles of Wine 2011 B Cellars Blend 24 (Cab 68%, Sangiovese 24%, Petite Sirah 8%) Napa Valley. |
| ppp. | 27 bottles of Wine 2012 Promise O Rutherford Napa Valley Cabernet Sauvignon. 1.5ml Magnum (Black label state) |
| qqq. | 9 bottles of Wine 2012 Sabina Vineyards Reserve Napa Valley 750ml. |
| rrr. | 2 bottles of Wine 2012 Sabina Vineyards Pinot Noir Willamette Valley. 750ml |
| sss. | 10 bottles of Wine 2014 King Richard's Reserve Pinot Noir Russian River Valley Fantesca Estate and Winery 9 |
| ttt. | 13 bottles of Wine 2007 Renteria Tres Perlas Napa Valley Cabernet Sauvignon 1.5ml Magnum |
| uuu. | 23 bottles of Wine 2013 Promise The Love Pinot Noir Russian River Valley Sonoma County 750ml |
| vvv. | 6 bottles of Wine 2012 Azur Napa Valley Cabernet Sauvignon 750ml |
| www. | 40 bottles of Wine 2015 Promise The Joy Rosé 750ml |

(a. through www., collectively, the "Forfeitable Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Forfeitable Property, and the requirement that

any person asserting a legal interest in the Forfeitable Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). The Preliminary Order of Forfeiture further stated that the United States could, to the extent practicable, provide direct written notice to any person known to have an alleged interest in the Forfeitable Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Forfeitable Property before the United States can have clear title to the Forfeitable Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Forfeitable Property was posted on an official government internet site (www.forfeiture.gov) beginning on November 14, 2020 for thirty (30) consecutive days, through December 13, 2020, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on January 8, 2021 (D.E. 86);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of the Forfeitable Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Forfeitable Property;

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest

4

the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1. All right, title and interest in the Forfeitable Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Forfeitable Property.

3. The United States Marshals Service (or its designee) shall take possession of the Forfeitable Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       19 August, 2021

SO ORDERED:

_____
Victor Marrero
U.S.D.J.